## Commonwealth *v.* Little, Appellant.

872

[REDACTED]

Submitted September 14, 1970. *Jarrett S. Little,* appellant, in propria persona; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.